IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIMITAR KOVACHEV, )<br>Individually and on behalf of all others )<br>similarly situated, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>PIZZA HUT, INC., FRANCHISE )<br>MANAGEMENT, INC., AND )<br>FRANCHISE MANAGEMENT )<br>INVESTORS US, LLC, )<br>)<br>    Defendants. ) | Case No. 12-cv-9461<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Young B. Kim |

## MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, Pizza Hut, Inc. ("Pizza Hut") hereby moves this Court for the entry of an Order compelling plaintiff Dimitar Kovachev ("Plaintiff") to arbitrate his claims against Pizza Hut on an individual basis pursuant to the arbitration agreement between the parties. In addition, Pizza Hut seeks to stay these proceedings in their entirety pending a ruling on this Motion and the completion of arbitration proceedings. Counsel for Pizza Hut conferred with counsel for Plaintiff by telephone on January 11, 2013 regarding Pizza Hut's intent to file this motion, but counsel for Plaintiff has not indicated Plaintiff's position on this motion.

In support of this Motion, Pizza Hut submits the accompanying Memorandum of Law and supporting Exhibit A.

Respectfully submitted,

SIDLEY AUSTIN LLP

Dated: January 14, 2013  By: /s/ Jason J. Englund
        One of Its Attorneys

Sarah M. Konsky
Jason J. Englund
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: skonsky@sidley.com
Email: jenglund@sidley.com

ATTORNEYS FOR DEFENDANT
PIZZA HUT, INC.

## **CERTIFICATE OF SERVICE**

Jason J. Englund, an attorney, hereby certifies that on January 14, 2013, he electronically filed the attached with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Adam J. Levitt<br>Edmund S. Aronowitz<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>55 West Monroe Street, Suite 1111<br>Chicago, Illinois  60603<br>Telephone:  (312) 984-000<br>Email:  levitt@whafh.com<br>Email:  aronowitz@whath.com<br><br>Jeffrey G. Smith<br>Robert Abrams<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>270 Madison Avenue<br>New York, New York  10016<br>Telephone:  (212) 545-4600<br>Email:  smith@whafh.com<br>Email:  abrams@whafh.com<br><br>*Counsel for Plaintiff* | Elizabeth A. Erickson<br>CONSTANGY, BROOKS & SMITH LLP<br>1 South Pinckney Street, Suite 930<br>Madison, WI 53703<br>Telephone:  (608) 729-5598<br>Emal:  eerickson@constangy.com<br><br>Falon M. Wrigley<br>CONSTANGY, BROOKS & SMITH LLP<br>200 S. Wacker Dr., Suite 3100<br>Chicago, IL 60606<br>Telephone:  (312) 546-3010<br>Email:  fwrigley@constangy.com<br><br>Gabriel Bankier Plotkin<br>MILLER SHAKMAN & BEEM LLP<br>180 North LaSalle Street, Suite 3600<br>Chicago, IL 60601<br>Telephone:  (312) 263-3700<br>Email:  gplotkin@millershakman.com<br><br>*Counsel for Franchise Management, Inc.*<br>*and Franchise Management Investors US*<br>*LLC* |

on this 14th day of January, 2013.

/s/ Jason J. Englund