**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DIMITAR KOVACHEV, <br> **Individually and on behalf of all others similarly situated,** <br> Plaintiff, <br> v. <br> **PIZZA HUT, INC., FRANCHISE MANAGEMENT, INC., and FRANCHISE MANAGEMENT INVESTORS US, LLC,** <br> Defendants. | Case No. 1:12-cv-09461 <br><br> Honorable John J. Tharp |

## JOINT STATUS REPORT

Plaintiff Dimitar Kovachev and Defendant Pizza Hut, Inc., pursuant to this Court's minute entry dated April 15, 2014, respectfully submit this joint report regarding the status of arbitration proceedings in this case and state as follows:

On or about August 23, 2013, following this Court's August 15, 2013 memorandum and order granting Defendant Pizza Hut Inc.'s motion to compel arbitration, holding that the arbitrator will decide whether arbitration should proceed on a class or individual basis, and staying this lawsuit pending arbitration (Dkt. Nos. 53 and 54), the Plaintiff Kovachev and Defendant Pizza Hut engaged in preliminary settlement negotiations in lieu of either party's commencement of arbitration proceedings. These settlement negotiations have continued through the date of this Joint Status Report, and as a result, the parties have come close to resolution of all claims through settlement but require more time to continue their negotiations. Thus, the parties wish to continue their negotiations and refrain from incurring the burden and expense of arbitration proceedings until such negotiations reach their conclusion.

To the extent the Court has additional questions about the status of arbitration proceedings or any other matter concerning this litigation, the parties stand ready to respond.

Dated: April 25, 2014

Respectfully submitted,

| | |
|---|---|
| */s/* Edmund S. Aronowitz<br>Adam J. Levitt<br>Edmund S. Aronowitz<br>**GRANT & EISENHOFER P.A.**<br>30 North LaSalle Street, Suite 1200<br>Chicago, Illinois 60602<br>Tel.: 312-214-0000<br>Fax: 312-214-0001<br>alevitt@gelaw.com<br>earonowitz@gelaw.com<br><br>*Counsel for Plaintiff* | */s/* Jason J. Englund<br>Sarah M. Konsky<br>Jason J. Englund<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Tel.: 312-853-7000<br>Fax: 312-853-7036<br>skonsky@sidley.com<br>jenglund@sidley.com<br><br>*Counsel for Defendant Pizza Hut, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2014, a copy of the foregoing was filed electronically using the Court's CM/ECF system.

Dated:  April 25, 2014

                                                  */s/ Edmund S. Aronowitz*
                                                  Edmund S. Aronowitz