**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DIMITAR KOVACHEV,**<br><br>                              **Plaintiff,**<br><br>      v.<br><br>**PIZZA HUT, INC., FRANCHISE MANAGEMENT, INC., and FRANCHISE MANAGEMENT INVESTORS US, LLC,**<br><br>                              **Defendants.** | Case No. 1:12-cv-09461<br><br>Honorable John J. Tharp |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Dimitar Kovachev ("Plaintiff" or "Mr. Kovachev") hereby provides notice of withdrawal of Plaintiff's Motion for Class Certification filed on November 28, 2012 (Dkt. No. 4).

| | |
|---|---|
| Dated: June 12, 2014 | */s/ Adam J. Levitt*<br>Adam J. Levitt<br>Edmund S. Aronowitz<br>**GRANT & EISENHOFER P.A.**<br>30 North LaSalle Street, Suite 1200<br>Chicago, Illinois 60602<br>Tel.: 312-214-0000<br>Fax: 312-214-0001<br>alevitt@gelaw.com<br>earonowitz@gelaw.com<br><br>*Counsel for Plaintiff Dimitar Kovachev* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2014, a copy of the foregoing was filed electronically using the Court's CM/ECF system.

Dated: June 12, 2014

                                                */s/ Edmund S. Aronowitz*
                                                  Edmund S. Aronowitz