IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIMITAR KOVACHEV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-cv-9461 |
| | ) | |
| PIZZA HUT, INC., FRANCHISE | ) | Judge John J. Tharp, Jr. |
| MANAGEMENT, INC., AND | ) | |
| FRANCHISE MANAGEMENT | ) | Magistrate Judge Young B. Kim |
| INVESTORS US, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Dimitar Kovachev, Defendant Pizza Hut, Inc., and Defendants Franchise Management, Inc., and Franchise Management Investors US, LLC (collectively, the "Parties") file this Joint Stipulation for Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties hereby dismiss all claims in this matter with prejudice. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Adam J. Levitt
    Adam J. Levitt
    Edmund S. Aronowitz
    Grant & Eisenhofer, P.A.
    30 North LaSalle Street, Suite 1200
    Chicago, IL 60602
    Telephone: (312) 214-0000
    Facsimile: (312) 214-0001
    alevitt@gelaw.com
    earonowitz@gelaw.com

    ATTORNEYS FOR PLAINTIFF

By: /s/ Sarah M. Konsky
    Sarah M. Konsky
    Jason J. Englund
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000
    Facsimile: (312) 853-7036
    Email: skonsky@sidley.com
    Email: jenglund@sidley.com

    ATTORNEYS FOR DEFENDANT
    PIZZA HUT, INC.

By: /s/ James M. Coleman
James M. Coleman
Maureen R. Knight
Constangy, Brooks & Smith, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Telephone: (571) 522-6100
Facsimile: (571) 522-6101
jcoleman@constangy.com
mknight@constangy.com

Sharon K. Mollman Elliott
Elizabeth A. Erickson
Constangy, Brooks & Smith, LLP
1 South Pinckney Street, Suite 930
Madison, WI 53703
Telephone: (608) 729-5598
Facsimile: (608) 260-0058
selliott@constangy.com
eerickson@constangy.com

Falon M. Wrigley
Constangy, Brooks & Smith LLP
200 South Wacker Drive, Suite 3100
Chicago, IL 60606
Telephone: (312) 546-3010
Facsimile: (312) 674-4923
fwrigley@constangy.com

Gabriel Bankier Plotkin
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 360
Chicago, IL 60601
Telephone: (312) 263-3700
Facsimile: (312) 263-3270
gplotkin@millershakman.com

COUNSEL FOR DEFENDANTS
FRANCHISE MANAGEMENT, INC. and
FRANCHISE MANAGEMENT
INVESTORS US, LLC