Dimitar Kovachev

                          Plaintiff,

v.                                                     Case No.: 1:12–cv–09461
                                                        Honorable John J. Tharp Jr.

Pizza Hut, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2014:

      MINUTE entry before the Honorable John J. Tharp, Jr:The parties have stipulated to dismissal with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii). The dismissal is without prejudice to the claims of any other persons. The matter is terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.